**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**NEW ALBANY DIVISION**

| | |
|---|---|
| CANDACE JARRELL,  )<br>  )<br>    Plaintiff,  )<br>  )<br>    v.  )<br>  )  Case No. 4:21-cv-00049-TWP-DML<br>HEALTHCARE REVENUE GROUP, LLC  )<br>d/b/a ARS ACCOUNT RESOLUTION  )<br>SERVICES, and EXPERIAN  )<br>INFORMATION SOLUTIONS, INC. and  )<br>EQUIFAX INFORMATION SOLUTIONS,  )<br>INC.  )<br>  )<br>    Defendants.  )  | |

## <u>HEALTHCARE REVENUE RECOVERY GROUP, LLC'S</u>
## <u>CORPORATE DISCLOSURE STATEMENT</u>

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Healthcare Revenue Recovery Group, LLC ("HRRG") certifies that it is a non-governmental Florida limited liability company. HRRG's parent is HCFS Healthcare Financial Services, LLC.

Dated: May 4, 2021

Respectfully submitted,

By: /s/ Paul Gamboa
GORDON REES SCULLY MANSUKHANI LLP
Paul Gamboa
One North Franklin, Suite 800
Chicago, Illinois 60606
Phone: (312) 619-4937
Fax: (312) 565-6511
pgamboa@grsm.com
*Attorney for Defendant Healthcare Revenue Recovery Group, LLC, d/b/a ARS Account Resolution Services*

**CERTIFICATE OF SERVICE**

  The undersigned, an attorney, states that on May 4, 2021, a true and complete copy of the filed foregoing document was served upon the below attorneys by filing same electronically with the United States District Court, Southern District of Indiana, via the CM/ECF electronic filing system.

*Attorneys for Plaintiff*
David W. Hemminger
HEMMINGER LAW OFFICE
331 Townepark Circle Suite 100-C
Louisville, Kentucky 40243
hemmingerlawoffice@gmail.com


*Attorneys for Experian Information Solutions, Inc.*
Logan C. Hughes
REMINGER CO., LPA
College Park Plaza
8909 Purdue Road; Suite 200
Indianapolis, IN 46268
lhughes@reminger.com

Dated: May 4, 2021

            By: /s/ Paul Gamboa
               GORDON REES SCULLY MANSUKHANI LLP
               Paul Gamboa
               One North Franklin, Suite 800
               Chicago, Illinois 60606
               Phone: (312) 619-4937
               Fax: (312) 565-6511
               pgamboa@grsm.com
               *Attorney for Defendant Healthcare Revenue Recovery Group, LLC, d/b/a ARS Account Resolution Services*