IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| CANDACE JARRELL,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>HEALTHCARE REVENUE COMPANY GROUP, LLC d/b/a ARS ACCOUNT RESOLUTION SERVICES, EXPERIAN INFORMATION SOLUTIONS, INC., and EQUIFAX INFORMATION SOLUTIONS, LLC,<br><br>　　　　Defendants. | Case No. 4:21-cv-00049-TWP-DML |

## ORDER ON STIPULATION TO DISMISS

Plaintiff Candace Jarrell ("Plaintiff"), by counsel, and Defendant Experian Information Solutions, Inc., ("Defendant"), by counsel, having filed their Stipulation of Dismissal with Prejudice, AND THE COURT, having been duly advised, NOW FINDS that the same should be granted.

IT IS, THEREFORE, ORDERED that all claims of Plaintiff against Defendant are dismissed, with prejudice. Plaintiff and Defendant shall each bear their own costs and attorneys' fees.

Date: 11/8/2021

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Hon. Tanya Walton Pratt, Chief Judge
　　　　　　　　　　　　　　　　　　　　　United States District Court
　　　　　　　　　　　　　　　　　　　　　Southern District of Indiana

Distribution to all electronically
registered counsel of record via
CM/ECF